FILED

MAY 25 2005

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA )
)
v. ) CR. NO. 3:05CR128-T
) [18 USC 1703(a)]
CYRUS DEMETRIUS JONES )
)
) INDICTMENT

The Grand Jury charges:

COUNT 1

That between January 2003, and on or about February 12, 2005, in Alexander City, within the Middle District of Alabama, the defendant,

CYRUS DEMETRIUS JONES,

then being an employee of the United States Postal Service, did unlawfully secrete, detain and delay approximately 14 assorted parcels and flat mail and two bundles of bulk business mail entrusted to him which were intended to be delivered by a carrier established by authority of the Postal Service. All in violation of Title 18, United States Code, Section 1703(a).

A TRUE BILL:

Foreperson

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

Tommie Brown Hardwick
Assistant United States Attorney