IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
_Eastern_ DIVISION

UNITED STATES OF AMERICA )
)
v )   CR. NO. 3:05CR128-T
)
Cyrus Jones )
)

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, _Cyrus Jones_ defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.

_6/8/05_  _____
DATE     DEFENDANT

_6/8/05_  _____
DATE     ATTORNEY FOR DEFENDANT