COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA

DATE: 6/8/2005

☒ INITIAL APPEARANCE
☐ BOND HEARING
☐ DETENTION HEARING
☐ PRELIMINARY (EXAMINATION) (HEARING)
☐ REMOVAL HEARING (R.40)
☐ ARRAIGNMENT

Digital Recording 4:09 to 4:23 pm

PRESIDING MAG. JUDGE: DRB    DEPUTY CLERK: sql
CASE NO.: 3:05CR128-T    DEFT. NAME: Cyrus D. JONES
AUSA: Miner    DEFT. ATTY: Butler
Type Counsel: ( )Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO Appt.
PTSO: Thweatt
USPO:
Defendant ___ does ✓ does NOT need an interpreter
Interpreter present ✓ NO ___ YES Name: ___

☒ Date of Arrest 6-8-05 or ☐ Arrest Rule 40
☒ Deft. First Appearance. Advised of rights/charges. ☐ Prob/Sup Rel Violator
☒ Deft. First Appearance with Counsel
☐ Deft. First Appearance without Counsel
☐ Requests appointed Counsel
☒ Financial Affidavit executed ☐ to be obtained by PTSO
☐ ORDER appointing Community Defender Organization
☐ Panel Attorney Appointed; ☐ to be appointed - prepare voucher
☐ Deft. Advises he will retain counsel. Has retained ___
☐ Government's ORAL Motion for Detention Hearing ☐ to be followed by written motion;
☐ Government's WRITTEN motion for Detention Hearing filed
☐ Detention Hearing ☐ held; ☐ set for ___ at ___
☐ ORDER OF TEMPORARY DETENTION PENDING HEARING entered
☐ ORDER OF DETENTION PENDING TRIAL entered
☒ Release order entered. Deft advised of conditions of release
☒ BOND EXECUTED (M/D AL charges) $ 10,000. Deft released
☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
☐ Bond not executed. Deft to remain in Marshal's custody
☐ Deft. ORDERED REMOVED to originating district
☐ Waiver of ☐ preliminary hearing; ☐ Waiver of Rule 40 Hearing
☐ Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
☒ ARRAIGNMENT ☒ HELD. Plea of NOT GUILTY entered. ☐ Set for ___
   DISCOVERY DISCLOSURE DATE: 6-13-05
☐ NOTICE to retained Criminal Defense Attorney handed to counsel
☐ Identity/Removal Hearing set for ___
☐ Waiver of Speedy Trial Act Rights executed