IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO.: 3:05-cr-128-T |
| | ) | |
| CYRUS JONES | ) | |

### NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW** the defendant, Cyrus Jones, by and through undersigned counsel, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. Defendant waives his right to plea in front of a district judge and consents to do so before a magistrate judge. Mr. Jones is not in custody.

Dated this 7th day of August, 2005.

    Respectfully submitted,

    <u>s/Christine A. Freeman</u>
    **CHRISTINE A. FREEMAN**
    **TN BAR NO.: 11892**
    Attorney for Cyrus Jones
    Office of the Federal Defenders for the
    Middle District of Alabama
    201 Monroe Street , Suite 407
    Montgomery, AL 36104
    TEL:  (334) 834-2099
    FAX:  (334) 834-0353
    E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following Tommie Brown Hardwick, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

>s/Christine A. Freeman
>**CHRISTINE A. FREEMAN**
>**TN BAR NO.: 11892**
>Attorney for Cyrus Jones
>Federal Defenders
>Middle District of Alabama
>201 Monroe Street , Suite 407
>Montgomery, AL 36104
>TEL:  (334) 834-2099
>FAX:  (334) 834-0353
>E-Mail: Christine_Freeman@fd.org