**COURTROOM DEPUTY'S MINUTES**         DATE: 8/8/05

**MIDDLE DISTRICT OF ALABAMA**           Digital Recording: 11:06 - 11:07

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Delores R. Boyd            **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 1:05cr128-T                **DEFENDANT(S):** Cyrus Demetrius Jones

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Tommie Brown Hardwick | | Kevin Butler |

☐ **DISCOVERY STATUS:**   No Problem

☐ **PENDING MOTION STATUS:**   None

☐ **PLEA STATUS:**   8/22/05 @11:00 a.m.
First on the Docket

☐ **TRIAL STATUS**   1 Day for Trial

☐ **REMARKS:**