IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:05-CR-128-T |
| | ) | |
| CYRUS DEMETRIUS JONES | ) | |

### ORDER SETTING CHANGE OF PLEA

Pursuant to the Defendant's *Notice of Intent to Change Plea* filed on August 7, 2005 (Doc. 12),  it is hereby

**ORDERED** that this case be set for proceedings pursuant to Rule 11 of the Federal Rules of Criminal Procedure on **Monday, August 22, 2005,  at 11:00 a.m.**, in District Courtroom 4A, Frank M. Johnson, Jr.  United States Courthouse Complex, One Church Street, Montgomery, Alabama.  The Clerk is directed to provide a court reporter for this proceeding.  If the defendant is in custody, the United States Marshal shall arrange for the defendant's appearance at this proceeding.

DONE this 9th day of August, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE