COURTROOM DEPUTY MINUTES    DATE: 8/22/05    DIGITAL RECORDING: 11:90 - 11:24

MIDDLE DISTRICT OF ALABAMA    COURT REPORTER: __Jimmy Dickens__

☐ARRAIGNMENT    xCHANGE OF PLEA    ☐CONSENT PLEA

☐RULE 44(c) HEARING    ☐SENTENCING

---

**PRESIDING MAG. JUDGE:** ___DELORES R. BOYD___    **DEPUTY CLERK:** _WANDA ROBINSON_

**CASE NUMBER:** _3:05cr128-T_    **DEFENDANT NAME:** _CYRUS DEMETRIUS JONES_

**AUSA:** _Tommie Brown Hardwick_    **DEFENDANT ATTY:** _CHRISTINE FREEMAN_

**Type Counsel:** ( ) Waived; ( ) Retained; ( ) Panel CJA; (x) FDO

**USPO:** Dwayne Spurlock

De fendant _____ does ____x____ does NOT need and interpreter.

Interpreter present? ___x___ NO _____ YES    Name: _____

---

☐ This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

☐ WAIVER OF INDICTMENT executed and filed.

☐ MISDEMEANOR INFORMATION filed.

☐ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**    ☐ Not Guilty    ☐Nol Contendere

☐Not Guilty by reason of insanity

xGuilty as to:

✓Count(s)_____1_____ of the Felony Indictment.

Count(s) _____ ☐ dismissed on oral motion of USA;

to be dismissed at sentencing

☐ No Plea Agreement entered.

☐ Written plea agreement filed. ☐ **OPEN/ORAL** Plea Agreement. ☐ **ORDERED SEALED.**

☐ _____ Days to file pretrial motions. ☐ _____ Trial date or term.

☑ **ORDER:** Defendant Continued under ☑ same bond ; ☐ Released on Bond & Conditions of Release

☐ summons; for:

☐ Trial on _____; ☑Sentencing on _____ ☐_____Bond ☑ to be set by Separate Order

☐ **ORDER:** Defendant remanded to custody of U.S. Marshal for:

☐ Posting a $_____ Bond;

☐ Trial on _____; or x Sentencing on_____ ☑ set by separate Order.

Rule 44 Hearing:    ☐ Waiver of Conflict of Interest Form executed.

☐ Detention requests time to secure new counsel.