IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:05CR128-T |
| | ) | |
| CYRUS DEMETRIUS JONES | ) | |

**GOVERNMENT'S MOTION TO AWARD 3 POINTS TO DEFENDANT
FOR ACCEPTANCE OF RESPONSIBILITY
PURSUANT TO § 3E1.1, UNITED STATES SENTENCING GUIDELINES**

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and respectfully requests this Court to consider Defendant's acceptance of responsibility in determining Defendant's sentence. In particular, the United States avers that under the United States Sentencing Guidelines Defendant would be entitled to a three point reduction in Defendant's offense level for acceptance of responsibility. As grounds for this Motion, the United States avers as follows:

1.  An Indictment was filed against the Defendant on May 25, 2005.

2.  Defendant entered a plea of guilty to the Indictment on August 22, 2005.

3.  Therefore, pursuant to Title 18, United States Code, Section 3553(a) and United States Sentencing Guidelines § 3E1.1(b), as amended, the United States makes this request for the Court to award defendant the full 3 level reduction for acceptance of responsibility.

WHEREFORE, the United States respectfully requests that this Motion be GRANTED.

Respectfully submitted this the 22nd day of November, 2005.

        LEURA GARRETT CANARY
        UNITED STATES ATTORNEY

        /s/Tommie Brown Hardwick
        TOMMIE BROWN HARDWICK
        Assistant United States Attorney
        One Court Square, Suite 201
        Montgomery, AL 36104
        Phone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail: tommie.hardwick@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:05CR128-T |
| | ) | |
| CYRUS DEMETRIUS JONES | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Christine Freeman, Esq.

    Respectfully submitted,

    /s/Tommie Brown Hardwick
    TOMMIE BROWN HARDWICK
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, AL 36104
    Phone: (334) 223-7280
    Fax: (334) 223-7135
    E-mail: tommie.hardwick@usdoj.gov