IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:05cr128-T |
| CYRUS DEMETRIUS JONES | ) | |

### ORDER

Defendant Cyrus Demetrius Jones having orally stated that he does not object, it is ORDERED as follows:

(1) The government's motion to withdraw (Doc. No. 22) is granted;

(2) The government's motion for reduction in criminal offense level for acceptance of responsibility (Doc. No. 21) is withdrawn.

DONE, this the 23rd day of November, 2005.

                                          /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE