# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE            AT   MONTGOMERY,   ALABAMA

DATE COMMENCED   NOVEMBER 29, 2005          AT      10:01      A.M./P.M.

DATE COMPLETED   NOVEMBER 29, 2005          AT      10:20      A.M./P.M.

```
UNITED STATES OF AMERICA        )
                                )
    v                           )     Cr No. 3:05cr128-T
                                )
CYRUS DEMETRIUS JONES           )
```

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Tommie Hardwick | X<br>X<br>X<br>X<br>X | Atty Christine Freeman |

COURT OFFICIALS PRESENT:

Sheila Carnes,            James Dickens,          Kevin Kish,
 Courtroom Clerk          Court Reporter          Law Clerk

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:    SENTENCING HEARING

10:01  a.m.   Court convened; sentencing hearing commenced.
              Terms of plea agreement stated on the record (AUSA
              Hardwick); no objections from PO; **court accepts plea
              agreement.**  No objections to PSR.  Court may consider early
              termination of supervision if the defendant does well on
              supervision.  Sentence imposed at five years probation.
10:20  a.m.   Court adjourned.